JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**15 CV 8904**

Daniel Barani, Plaintiff

201 West 94 Street, Apt 2A New York, NY 10025 -P(347)510-7340

www.danielbarani.com thestoryofdanielbarani.wordpress.com

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

Joseph Tremenia, (Agents) Newark, NJ (347)-248-3129
John Fiore, 90 South Street Medford, MA 02155
Home (617)-506-0319- (617)-710-7204 fioreislander@comcast.com
jfioreislander@yahoo.com fioreislander@hotmail.com
Rick Borgia 17 LaTourette Lane Staten Island, NY 10324
(646)-234-2499
Michael Franzoni
James Lee New York, NY
Jason Dunne

Jury Trial: ☒ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Daniel Barani
Street Address  201 West 96 Street, Apt2A
County, City  New York
State & Zip Code  NY 10025   (347)510-7340 savukduran@yahoo.com
Telephone Number  www.danielbarani.com thestoryofdanielbarani.wordpress.com

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Joseph Tremenia, United States Government Agents Live in Newark
Street Address  Newark, New Jersey.

*Rev. 05/2010*

|  |  |
|---|---|
| | County, City _____ |
| | State & Zip Code _____ |
| | Telephone Number (347)-248-3129 |

Defendant No. 2    Name  John Fiore United States government Agents
                   Street Address  90 South Street
                   County, City  Medford
                   State & Zip Code  MA 02155
                   Telephone Number Home (617)-506-0319- (617)-710-7204 fioreislander@comcast.com

Defendant No. 3    Name  Rick Borgia
                   Street Address  17 LaTourette Lane
                   County, City  Staten Island,
                   State & Zip Code NY 10324
                   Telephone Number (646)-234-2499

Defendant No. 4    Name  Michael Franzoni, and James Lee and Jason Dunne New York, NY
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions         ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? this action is for civil rights violation untion o der the United States Constitution.the jurisdic tion of this court is invoked under28 U.S.A and under New York panel law Hate crime 485.05 committed F.C.T.A. 28U.S.C.A. 1346 Violation of my constitutional rights under the due process clause, US. Const.

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? From August 2005 to November 5, 2015 NYC

B. What date and approximate time did the events giving rise to your claim(s) occur? _____

C. Facts: The Fifth Amendment to the United States Constitution provides in relevant part prevents individuals from being deprived of life, liberty or property without "due process of law. I am being deprived of my life and liberty without due process of law by these defendants.

*What happened to you?*

PLEASE SEE ALL ADDITIONAL PAGES ARE ATTACHED.

*Who did what?*

*Was anyone else involved?*

r

*Who else saw what happened?*

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. On April 27th of 2008 these cowardly agents thugs to violently attack me cause permanent physical injuries to my body. The agents starting up in 2006 to 2009 for more RFID'S microchips in my Skull, arms Legs, and between my hearts shoulder with multiple RFID microchip I am being tortured and burned cooked alive remotely controlled electronically assault. Permanent damage to my brain brain. Conspiracy to murder me. day and night I've been terrorized malicious harass torture assault on me. I've suffered endured abused, physical harm and mental damage trauma inflicted upon me is in irreparable. These agent are using the high tech surveillance on me 24/7 and through the cable TV to further terrorize me. I've been experimental guinea pig for these cowardly criminal United States government agents. I've been drugg by methods used in a believed discontinued program formerly named MK-Ultra. This program has continued and still continues under many different names: under many layers of secrecy. I've been drugged without my consent numerous times with.Iam being attacked through this RFID'S microchip in my Skull and my body.

*Rev. 05/2010*

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am a victim of this inhumane hate crime committed against me. I am deprived of my life and liberty without due process of law by United States and the agents. Therefore, I Respectfully demands judgment against all the defendants jointly in excess of 20 billion dollars for all in irreparable damage harm have been done to me by the defendants. I am harmed and deprived of my life. and liberty. The word has no power to describe the amount of pain I've suffered mentally physically harmed abused traumatized by these cowardly criminal agents of United States government. All Intentionally infliction of extreme emotional stress, depressions forced on me.Intentionally these negligence falsehood agents deprived me without due process of law since 2008.RFID's microchips have damaged my brain and memory permanently My nerves are being cooked, burned by the multiple RFID'S microchips in my SKULL. I am being attacked with a highest temperature microwave on my whole body and arms legs , heart. RFID microchips have damaged surrounding tissue where the device is in embedded. I am being burned cooked remotely controlled electronic assault torture on my brain.My insides are cooked alive by the emitted microwaves and thereby. I live with chroni chronic exhaustion. My head aches with excruciating agony day and night. intentionally Iam being attacked on on my BRAIN with highest microwave cooked and burned alive.These agents negligence recklessness have interfered with every aspect of my life. I am deprived of my life and liberty without due process of law to live free

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 5, day of November , 20 15 .

Signature of Plaintiff  Daniel Barani, Plaintiff

Mailing Address  201 West 94 Street, Apt 2A

New York, NY 10025

www.danielbarani.com

Telephone Number  347-510-7340   www.danielbarani.com

Fax Number *(if you have one)* thestoryofdanielbarani.wordpress.com

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 12 day of November , 20 15 , I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

Inmate Number

The Fifth Amendment to the United States Constitution provides in relevant part prevents individuals from being deprived of life, liberty or property without "due process of law. I am being deprived of my life and liberty without due process of law by these cowardly defendants.

These defendants have violated me without due process of law. These defendants have committed most horrifying hate crime against me under the New York penal law 485: 5 have deprived me without due process of law. The defendants have committed hate crime against me, in a violation of my due process of law.

This is a hate crime violation of my rights under the due process clause U.S. Constitutional rights without due process of law by these most psychopathic agents who has derived me without due process of law.

These defendants self appointed criminal agents of United States government have committed most horrifying hate crime against me under the New York penal law 485;5 deprived me of my life and liberty to freedom without due process of law, from starting the year 2008. In the court of Bucks County in Pennsylvania to federal court in New York City upon until the present day.
The negligence falsehood of these defendants' agents has deprived me and my life, liberty completely without due process of law. My entire claims and complaint in the court of law have been deprived without due process of law by these negligent falsehoods of these agents murderers, Joseph Tremenia, John Fiore, and Rick Borgia, Michael Franzoni.
These agents negligence recklessness intentionally has deprived me, stole my freedom to live as a human being in United States.
The defendants under the New York penal law 485;5 committed extreme hate crime against me by violating all my rights, depriving me completely without due process of law.
These defendants have destroyed me and my life completely.
I am being deprived of my life and liberty to breathe as a human being by these despicable criminal agents of United States government Joseph Tremenia, John fiore, rick borgia, and Michael franzoni, James Lee

Effectively, I've been a modern-age slave for these cowardly criminal agents; abused with absolutely no voice to illuminate the oppressive, torturous treatment to which I am being subjected everyday
I've been victimized abused traumatized by the expedient agenda and racial profiling by these negligent falsehoods of this hatred methods by agents of United States government who has deprived me without due process of law. Who has taken my life away from me at its core?
Intentional negligence falsehood of these agents they've all demonstrated a personal bias towards me. All my claims and complaints have been obstructed by entities attempting to deny me due process of law in this Federal courthouse by depriving me completely without due process of law.

I befriended these individuals who had politics for which I otherwise had no affinity in 2005. These agents found it to easy to lure me into their trap with the full deceit that they

are going to help me to rise to stardom. I opened up myself to them, and entered into a signed contract agreement in which I agreed to work with them starting first project with the hope that they are going to help me to stardom. As innocent as I am, did not know that these criminal murderers had a hideous and insidious enslavement agenda for me. I never knew that these perpetrators had already singled me out and falsely profiled me as terrorist based on my ethnicity nationality of origin.
These defendants' negligence falsehood agenda when they couldn't extract any information or obtain any proof of their bias thought from me, they began surreptitiously drugging me with poison called MK-Ultra mind control drug. These agents selected me intentionally for experimental for he's own agenda to profile, to torture physically mentally and caused me psychological trauma to my persona, and cause me in irreparable damage to my brain permanently.

These defendants have violated all my rights, and have committed hate crime against me, under the New York penal law 485;5 hate crime has been committed against me by secretly forcibly sedated me to unconscious state to inject me with multiple RFID'S microchips in my SKULL and arms, next to my hearts, legs without my knowledge or consent.
Then defendant's negligence recklessness continues the hate attacks on my entire skull and arms day and night. I am being burned and cooked remotely controlled electronic tortured assault on my brains and arms by these perpetrators of United States government.

Abuse of process. Leroy v. Parker, 2007 WL 734396 (E.D.La) Malicious prosecution. Hobley v. United States 2007 WL 1821157 (D.D.C.). Deceit Saks, Inc v. United States 218 Fed. Appx. 350 Cir. 2007

Intentionally, defendants cooks and burns my brain with a extreme highest temperature microwave burn assaults on my brain where I am unable to get up on time for anything or function on any task or my daily duties occupation.

As result of this most horrifying torture death methods by these agents of United States government negligence falsehood infliction of emotional distress, psychological torture abuse harassment using the RFID'S microchip to manipulate my mind causing me extreme stress depression and sadness, preventing me from being able to sleep or rest due to constantly intense headaches torture on my skull and arms.

I am being deprived of my mind and my brain to think or function to live free as a human being. I've been deprived of my life completely by these cowardly criminal United States government agents. I cannot find the will or strength to work or function on daily tasks. Or able to maintain a circadian rhythm.
I cannot, or able to use my own mind to think or function and sleep because of the RFID'S microchips continuously cooks and burns my SKULL have damaged my brain permanently.

This court should know that on October 8th that I was drugged again by these same poison MK-Ultra mind control drug. This time they've used a well spoken Spanish Mexican guy to lace my drink. And location of the event was on 94 streets between Amsterdam and Broadway
This is to destroy and deprive me completely by these methods of killing me slowly. These defendants have been deprived me, my entire complaint and claims against them without due process of law.
These extremely sick domestic terrorist psychopathic agents of United States have deprived me of my life and liberty completely. Intentionally, have deprived me without due process of law.

    The intentional negligence falsehood of these hate attacks on my BRAIN by these cowardly most heinous horrendous psychopathic criminals agents (The defendants) by activating multiple RFID'S microchip at the same time for attacks on my skull and arms, heart, legs. Intentionally, there are times that all RFID'S microchips in my SKULL and ARMS are being activated by multiple different agents at the same time for hate attacks and torture on my brain and arms, assault malicious harassment on my SKULL and ARMS by Joseph Tremenia, John Fiore, Rick Borgia, and Michael Franzoni, James Lee. A silent weapon for a silent war. Technological holocaust and death machines by these cowardly evil psychopathic agents of United States government. This death machine technological holocaust will be unnoticed by lots other innocent victims until they either goes mad or end up in mental institution, or die from a cancer, or die, or kill yourself or commit suicide. I am a victim of this ELECTRONIC TORTURE ABUSE AND EXPERIMENTATION, ORGANIZED STALKING, ELECTRONIC HARASSMENT& ELECTRONIC ASSAULT TORTURE by United States government agents. I am a victim. I've suffered endured physical injuries, exposed to massive emotional, psychological abuse and social trauma. Intentionally, I've been tortured and abused burned and cooked with highest temperature microwave assault on my skull by these extreme monstrous worlds' most heinous criminals' agents of united states government. 24 hours a day, 7 days a week – year in year out. DEATH WITHOUT A TRACE.

These cunning secretive self appointed individuals in position of power. Operating within states jurisdiction breaking the laws, these individuals in positions of power regularly killing innocent people as part of some satanic rituals or ceremony and getting away with it. But the number of alleged cases began to grow and grow.
These individuals are employed by entities that are amongst the most vast and powerful entities on the planet. It is important that the court takes a most serious urgent action to prosecute these perpetrators.
The court must take my entire claim seriously and understand the negligence, and harm that has occurred against my personal freedoms as human being.

    Intentionally this criminal methods of hate behavior of these agents negligence, recklessness in the course of their duties, they have intentionally selected and falsely profiled me as terrorist because of the 9/11hysteria based on their bias negligent falsehood thoughts and discriminatory motive due to my ethnicity (Nationality of Origin)

These cowardly criminally agents on April 27th 2008. Personally hired thugs to violently attack me and cause physical injuries to my body. As result of this incident, I've been going through great physical pain and agony, mental anguish and a surgical procedure, and I had to endure for long time to great detriment and loss.

These agent's negligence falsehood behavior of hate crime has been committed against me to use me as their experimental guinea pig for their own personal gain to deprive me of my life and liberty without due process of law. These defendants personally out of their negligence falsehood knowingly and intentionally under deceit were secretly lacing my food and water numerous times over the years with MK- Ultra mind control upon until present day. These agents Joseph tremenia, John Fiore, goal is to deprive me completely mentally physically by MK-Ultra mind controlled drug. So that I will become defenseless to discontinue my claims against them

These criminal agents vicariously liability, carelessness, recklessness negligence, constantly drugged me with MK-Ultra poison drug and tracked me down where ever my location has been. As direct result of this MK-Ultra and numerous times set up by the defendants. I've lost my own entire business. The defendants intentionally destroyed me and my business. Therefore my livelihood, leaving me homeless and penniless. The agents created endless legal complications to end my business. I was arrested and held in custody for 28 days with no bail, no arraignment, no court appearance and was not even allowed to make any phone calls including to my attorney. This was most shocking to the conscience for me. I was being experimented by the same drug MK-Ultra the same methods by the defendants to deprive me mentally physically without due process of law. I was incarcerated at the hands of the defendants numerous times, in conspiracy with the prison guards to keep me under their control and stop me from appearing in court. It was totally dehumanizing.

The defendants secret experimental poison drug MK-Ultra drug on me, I was unable to handle the stress and depressions, managing business. The defendants destroyed me completely mentally physically. As direct result of defendant's agents negligent and falsehoods, I've become homeless for over two years from 2008 to 20010. The secretive agents constantly drugged me with poison drug called MK-Ultra. The defendants used their position in power to torture me by selecting number of seductive women to administer secretly MK-Ultra drug on me in public establishment over and to many times upon until present day. The defendants have hired thugs and agents to cause me physical injuries a near death experience when I was being attacked assaulted on April 27th 2008.

The defendants carelessness never let it me to wake up from this poison drug. The Defendants goal was to keep me under this mind controlled poison substance. because that's the only way the defendants could easily control me was under this poison substance. Over the years my own truth experience all about the defendants was that every time defendants felt that I was doing well for myself, then defendants constantly would drugged me again, because the defendants thought that I was the threats to them. These defendants did not want to see me doing well. These defendants wanted to physically mentally destroy me and my all credibility that I won't expose their most heinous horrifying crimes (Silent technological Holocaust War Crime) on me and on lots of other innocent.

The FTCA authorizes recovery for personal injury, death, or property damages caused by negligent federal government employees acting within the scope of their federal employment. 28 U.S.C, § 1346(b)

Government Liability is determined by the law of the states where the act or omission occurred. 28 U.S.C. 1346); Richards v. United States. 369 U.S. 1 (1962). The government's liability is in the same manner and to the same extent as a private individual under like circumstances…."28 U.S.C. § 2674

   While I was homeless sleeping at shelters I knew I was being monitored by the defendants. The defendants was using the high tech surveillance methods on me through the high tech cables TV where I am, and I go to.
 At shelter I was met with Jason Dunne the secret under cover agent, and there was nothing possibly I could have done here, because I didn't know that this homeless guy is agents is going to get me secretly forcibly more RFID'' microchiped with nurse named Vera who said she worked at MonteFiore medical center.  Jason Dunne and Vera secretly forcibly RFID'S microchip me with multiple RFID'S microchips its has been injected in my skull, arms, and next to my heart legs, without my knowledge or consent.

The defendants constantly continues through the RFID microchip to attacks me on my skull and arms. Burns and cooks my entire skull with highest microwave burn assaults on me through the RFID microchips. The defendants hate attacks on my SKULL and ARMS, malicious harasses tortures on my skull ongoing everyday and night, continues to this second.
As it stated all in here about these cowardly psychopathic criminal perpetrator, intentionally constantly attacks me with methods to deter me from my current course against them.  I've endured suffered physical mental psychological abuse, and traumatized. Instant depressions dizziness, darkness, the pain and agony, flashes of intense anger, insomnia, lost of appetite. The brain damage permanently. Loss of memory.  I have been forced to endure. The injuries and damages that I have suffered to my persona, to my property, to my integrity, to my soul, and to my ability to live a normal are huge.

   The multiple RFID in my skull have damaged my brain permanently. My memory is the cognitive function suffers the most. The device can make my brain feel as if it is burning; cooking and I begin to instant experiencing massive amounts of anxiety stress and depression. Confusions, The high microwave which makes it impossible to function. The stress triggers lots of hair loss where device imbedded. I am losing tissue daily because of the RFID chip are burning my skull. Microwaving with highest temperature all the tissue round the device where is imbedded in my skull heats up. The RFID chips track my every movement. Then I am being terrorized daily where ever I go to, or my location has been. These perpetrators are using high tech method surveillance through cable where ever I am, so they could see me physically home or at work, which ever my location would be. I am being tracked down where ever I am, or I go to. It's a huge invasion of my privacy. Outrageous conduct, It's a malicious harassment. A complete

invasion of every inch of my privacy. My Freedom has been lost. The RFID'S microchips in my Skull and arms, I am being deprived of my life and liberty completely by these cowardly perpetrators of United States government

These agents perpetrators are John Fiore, Joseph Tremenia, and Rick Borgia, Michael Franzoni, James Lee have rented room one floor above me to better monitor my actions I am being watched and observed in my home. and abusing me to the bone still..24/7. This is to deter me from my current course against them. Because of all my claims and complaint are against them is TRUTH. These agents goal is to mentally physically to shut me down destroy me, conspiracy to kill me, destroy me and my all credibility.. So that I will become defenseless to discontinue my claims against them.

Description of the effects of the RFID'S microchips: The microchips burn me with intensity so strong, that it mentally freezes my brain and makes me unable to function or think properly or clearly. On a every night basis, these agents harass me turning the microchip up to intensity so high that it brings me to the point of paralysis. There is a sharp intense burning extreme cooking sensation on my SKULL that will not stop. Once the chips have heated up in my brain making it impossible to remember things and eventually lose consciousness.

Every night I have horrific nightmares due to the experiments that I am being subjected to. I am humiliated and manipulate assaulted threatens on a nightly, daily basis by messages sent through the internet, or on my phone or on my websites that they're going to kill me in a violation of 18 U.S.C. §875(c)

The defendants harasses, intimidates and cause substantial emotional distress to me and with intent to place me in reasonable fear of death and serious bodily harm in violation 18 U.S.C. § 2261 (A)(2) Then I am being told and being threatened that they're going to continue to attack me on my skull. Because of my claims against them. Because I have exposed their most heinous crime on me.

The defendants intentionally uses intimidations, threats, arrest, corruptly persuades and engages in misleading conduct with intent to deprive me further and prevent my testimony in my official proceeding in this courts in order withhold my testimony from official proceeding in violation 18 U.S.C. §1512 (b)

In 2012 In order to discredit and to call into question my mental wellbeing for the purposes of protecting their selves from future litigation, the government and its agents had me placed in Manhattan Psychiatric Center for three months. While I was there I was drugged against my will. Nightly 6-10 men would hold me down and inject me against my will. While I was there for three months, I was under the defendant's abusive high tech surveillance methods through the TV. I was being forced what to watch or what not to watch. This is the TRUTH.....

These agents goal back then was to paint me mentally mad, and try to destroy me, all my credibility because of my case against them. Because I exposed their most heinous crime, which they're trying to cover up and LIE about it. Ensuring the public left in the dark.

These criminals deprived me of my life and liberty without due process of law by sending me to mental institution to cover up their crime against me. This further compounds my agony.

These perpetrators are using too much abuse method on me beyond anything you could ever imagine. Imagine years of your life taken by such abuse trauma, assault, harassments and tortured. To be constantly physically and mentally harmed abused, tortured. These defendants have forced on upon me to the present day.

The defendant continues to abuse me daily with methods of manipulating bullying and harassing assaulting. This makes interfering into my daily life impossible. This perpetrators cowardly agents negligence falsehood caused me a physical and mental harm and trauma as well as emotional psychological injury. In Irreparable damage to my brain permanently.

Under the New York penal law 485;5, the defendants have committed hate crime against me by depriving me, my life and liberty without due process of law.

Illegally wrongfully racially profiled me without any reasonable suspicion of criminal or terrorist acts or association with anyone or any organization with those purposes or goals

Before 1946 the United States was immune from negligence suits per sovereign immunity.

FTCA provided a remedy for parties injured by government employee negligence.

The waiver of sovereign immunity is limited and must be strictly construed in favor of continuing immunity congress and the courts have carved out exceptions and limitations to the government's liability. 28 U.S.C. § 2680; Feres v. United States .   340 U.S. 135(1950).

Venue is only authorized in the district where the plaintiff resides or where the act or omission occurred.

In Irwin v. Veterans Affairs. 498 U.S. 89 (1990), the Supreme Court held limitations included in waivers of sovereign immunity would be subjected to equitable tolling unless congress specifically precluded such tolling.

If the government's negligence caused the plaintiff's mental incapacity to understand the significance of the relevant facts. Tolling may be allowed. Washington v. United States, 769 f .2d 1436 (1985) contra, Barren v. United States. 839 f .2d 987 ( cir. 1988)

This is a hate crime violation of my rights, this is a hate crime violation of my constitutional right, this is a hate crime violation against my rights under the due process clause U.S. Constitutional rights, and without due process of law. and as well as an extraordinary hate crime because of negligence and recklessness under the New York penal Law 485.05 hate crime has been committed against me. The court is aware that due process clause has both procedural components implied by its placement in a list of specific rights in the criminal process and a substantive component that protects the

individual against the government self appointed secretive vigilantes operating within state jurisdictions while blatantly breaking every laws.

I am respectfully asking this court to protect me against these murderers. This matter is very urgent needs to be resolved. This RFID'S microchips must be removed from my skull and arms without any further delay. Before it's too late.

I am asking the court to grant me an order of protection and restraining order immediately; that these perpetrators may not further harm me. The court must help me find a way by which to remove all RFID microchips from my body. I am asking this court to protect me against the electronic harassments and torture of my tormentors. I understand there are few of such cases in the attention of the public eye.

Another victim of government without knowledge or consent sponsored electronic assault torture. Bob Boyce successfully had a second RFID chip surgically removed. Although the chip was the chip named Verichip, it still induced a cancerous tumor. James Walbert was another victim of a non-consensual implantation of RFID. Jesse Beltran publicizes information about secret implants and explains how one can be secretly/covertly implanted at home anywhere after being drugged and unconscious. The difference between these cases and mine is that I know the perpetrators who have done it to me. Their names are Joseph Tremenia, John Fiore, Rick Borgia, James Lee, Michael Franzoni, and Craig Zucherro. These are true perpetrators of United States Government.

The federal government's vast lack of oversight, which is gross criminal negligence, has let a few stand above the law to terrorize many; escaping even investigation into their actions. This impunity for potential human rights is an abuse and harms our national values, and our interest. The people have a constitution.

There are numerous documents and websites reviewing official federal and state records detailing heinous crimes people within these organizations have committed. The word "urgency" has not the power to describe the need that such domestic crimes must be addressed. This is what is going on in this country. Fear may not suffice to describe the feeling such perpetrators would feel should their secret become public.

I have been seriously victimized by this death machine. I have been a prisoner. I have been a slave of these government agents. I have multiple RFID microchips injected in my arms and brain. Then I am being remotely controlled and tortured, burned, cooked alive by these evil perpetrators. My head is aches all day and all night. I am the victim of electronic torture, assault, harassment, and MK-Ultra mind control drugs once used in the program MK-ultra run by United States Government agents.

These common criminals have taken my life from me and it is destroying me. There are numerous other cases of such abuse. And, it is known – to have taken place, without knowledge or consent of the individual. Secretly and forcibly RFID has been implanted in my skull and arms.

These criminal agents negligence recklessness intentionally have deprived me and all of my claims and complaint at the court completely. I am being deprived of my constitutional rights without due process of law, that my case is not going to be reviewed by any judges at United States Court of Appeals for the Second Circuit. It is being blocked by these most heinous criminals' agents. It is being arbitrarily perused by random court personnel and the gents, Joseph Tremenia, and John Fiore. The criminal psychopath agents are interfering with every aspects of my case at the court. This court must prosecute these perpetrators. No one should be harmed or deprived of their constitutional rights.

These criminal agents have engaged in tampering of the most egregious criminal order acts to judges, court clerks and courthouse personals from Bucks county Pennsylvania Courthouse to Harrisburg PA to Federal courthouse in New York to ensure that my case will not be heard.

U.S. District Court has exclusive jurisdiction to hear the claims. Wood v. United States, 961 f2d 195, 197 (Fed, Cir. 1992(.

I want to give you overview of what a microchip is and why mainstream medical professionals often miss diagnose victims as delusional. This includes many victims who simply come up missing. Either that or the medical records no longer exist and it becomes impossible to prosecute. Like many others, I wasted much time sifting through red-tape at hospitals in order to schedule a MRI. After the doctor's appointment with Dr Ellen Edgar, I felt relieved that my ailments were documented and a report was to be drawn. Two days later, I was to go to the doctor's office to pick up the report. To my surprise the vast majority of my report had been altered and deleted.

It was quickly swept under the rug and covered from public eye. It all must be quickly buried – preventing other possible RFID'S microchips victims coming forward as well as limiting the public outcry..

I am respectfully asking this court to understand my complete innocence. Award me my entire freedom, Award me my settlement.

The fourteenth amendment to the United States Constitution indicates in its Due Process Clause, that it prohibits state and local governments from depriving my life and liberty or property without certain steps being taken to ensure fairness.

These agents negligence recklessness have interfered with every aspect of my life. I am deprived of my life and liberty without due process of law.

The negligence falsehood of these criminal murderers' agents who has violated my rights.

This is a complete a violation of civil and human rights. A complete violation of US constitutional rights and the claim of damages for negligence falsehood under the federal tort claim act and due process of law. I, the victim and I've been deprived of my life and liberty without due process of law because of United States government agent Joseph Tremenia, John Fiore who has deprived me without due process of law. I was never granted or awarded of my claim damages settlement due to distortion of facts from these cowardly agents who has deprived me due process of law. I have been force to live with this agony of frustration of not being treated with the equality of a fair hearing or a trial.

When it is supposed to be taken for granted to exist in this country. I have been consistently abused traumatized for the past eleven years. and I am being violated.

In Pennsylvania after my attorney withdrew from representing my interest 2008. I had to represent myself. My attempts to find new legal counsel were fruitless. I was being followed and tracked everywhere I went. All potential counsel was advised to stay away from my case unless they were willing to the instruction to eliminate case and claims. These defendants deprived me without a counsel, so that these defendants could take any advantage they want on me. These defendants are very opportunistic, that's way they could deprive me without due process of law. These defendants have harmed me completely.

I respectfully abided by the rules and regulations of this court in order to grant me award me damages, and my complete freedom to remove all these RFID'S microchips from my skull and arms. I assert that under the Fifth Amendment I am to obtain hearing or a trial for my damages I am entitling to as a victim of the defendants. I've been physically mentally abused and I have been consistently abused emotionally and mentally. My SKULL it's been burned cooked alive. I am being tracked down through the RFID'S microchips in my brain arms and next to my heart legs. I've been summoned unwillingly to participate in secret mind controlling experiment using MK-Ultra prohibited drug and through a microchip injected in my body by the United States government agents. The intensity of this type of mistreatment is indescribable and necessitates the court to order to relieve me both all monetary damages and literally from this most awful horrifying experiments in order to restore back my fifth and 14th amendment rights. The injuries I encountered in the hands of these cowardly criminal negligence falsehood of these agents. I have endured my life and liberty deprived without due process of law. My whole life is being halted by these despicable cowardly scumbags of United States government agents.

This most horrifying treatment by these ignorant cowardly agents should not be tolerated under any circumstances by this Federal court and all court personals.

The court is aware; the Federal Tort Claims Act is the exclusive monetary damages remedy for negligence acts or omissions of federal government employees acting within the scope of their federal employment. 28 U.S.C.§2679.

I, the victim argue that the same equal protection component of the due process clause confers on me federal constitutional rights to be free from ethnic or illegal discrimination was the sole reason why the agents intentionally selected me falsely profiled me as a terrorist in violation of my constitutional rights.

Therefore, for the forgoing reasons. I as the victim plaintiff, demands judgment against all the defendants, jointly in excess of 200 billion dollars, for all in irreparable damages. All the delay damages, punitive damages, lawful interest, costs and other such relief as this Court thinks and proper.

Punitive damages are precluded. 28 U.S.C. § 2674

Prejudgment interest damages are precluded. 28. U.S.C. § 2674

None-jury trial before a U.S. District Court judge only. 28 U.S.C. § 2402.

I, Daniel Barani, I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about 2005and continuing to the present day November, 2015

I, verify that the statements made in the forgoing CLAIMS and COMPLAINT are true and correct to the best of my knowledge. All facts in my claims are true. This is my reality.

Daniel Barani, Plaintiff
201 West 94 Streets Apt 2a
New York, New York 10025
1-347-510-7340
savukduran@yahoo.com
www.danielbarani.com
thestoryofdanielbarani.wordpress.com

Dated: November 12, 2015
New York, New York.

Please note: that today dated 11/12/15. I respectfully wish to inform the court that by next Wednesday or Thursday I will submit my all exhibits regarding my case. Thank you!

Then on April 24th 2015, I submitted a claimant against all the defendants Department of Defense, Central Intelligence Agency (CIA) Department of Homeland Security, and Federal Bureau of Investigation ) FBI) with the White Plain Courthouse. Without me submitting any of my exhibits, my case was dismissed. I filed a Notice of Motion to reopen my case because the court staff it's been told to dismiss my case again without due process of law. In 2012, the same situation occurred in this court as well my case without due process of law my case was dismissed again.

As well as in 2008 in bucks county of Pennsylvania and Harrisburg to Supreme court in Washington DC. The same abuse process situation occurred. This abuse must be put to a stop.

I filed a Notice of Appeal on June 24, 2015. At United States Court of Appeals for the Second circuit. Thurgood Marshall U.S. Courthouse. On July 10, 2015. I filed a Notice of Appearance and D-P which had no transcript available due to the fact that I have not yet had my case presented to the court. In addition, I did not receive a docket number.

On July 19th I was informed by my case manager that I have to resubmit my Appendix again. On July 29th I submitted my plaintiff brief which it was excepted.

First I must file a motion with a Affidavit, Affirmation in opposition to motion to informed the court that I will be filing revising my appendix on September 3, 2015

I was asked again by Court to file D-P. Which I filed again on July 28th 2015. with Notice of Appearance with Certificate of service attached, and notice letter to court. On September 1, 2015. I filed an oral argument that requesting a hearing for all my claims.

September 30th 2015. I filed a Complaint Letter with Court requesting utmost urgency that my claims go front of a Judge. Because this court have not protected me against this abuse brutality. I have been tortured harassed day and night.

Then again on October 15th, 2015. I filed another Letter with Court requesting a utmost urgent protection from the court, stating my awful truth reality, what these individual are doing to me day and night I am being extremely attacked by them on my skull. I am a victim of this awful horrendous death machine. These individual have harmed me, and continue to kill me. These common criminals have taken my life and liberty from me and destroying me with due process of law. There are numerous other cases of such abuse. The abuse mental physical trauma I've been suffered it's beyond the power of the word. The abuse inflicted on me is mentally physically emotionally and the damage to my brain is irreparable. The word has no power. We must defend ourselves from manipulation, intimidation and discrimination. These extremely dangerous sick perpetrators are attacking on my brain every night through the RFID device Microchip, remotely controlled electronic torture assault. My brain is being cooked; my arms are being burned cooked alive.

These perpetrators are continuing to prey on more innocent victims to microchips them with RFID'S for the same surveillances method have been done to me. They are continuing to prey on more innocent civilians for their own agenda to victimize and terrorize innocent victims which mostly their victims are Muslims people for RFID microchip. These agents are very opportunistic. They're always looking for the single and weak, and naïve people for their own sick agenda to profile, and experiment on them.

I've seen it over the years what these psychopathic self appointed cowardly vigilantes' agents have done it to me and to the others victims.

January 13, 2012, I submitted a claimant against the defendants with the New York Supreme Court. On February 28, 2012, I filed a Notice of Motion, Affidavit in Support and an Affidavit of Service with the New York Supreme Court requesting a judgment against the defendant and establishing the return date of March 21, 2012. On March 21, 2012, the return date, I attended a hearing where it was decided that there would have to be another hearing since the defendants were not present. Thereby, the defendants were in default for not attending. I received a Notice of Motion from the defendants to move the claimant to the Southern District Court of New York on March 22, 2012. Upon receiving the Notice of Motion from the defendants, I filed a Memorandum of Law, Affirmation in Support of Motion and Notice of Motion to obtain a Summary Judgment Motion on April 6, 2012. Then I received a Notice of Motion to Dismiss the Complaint from the defendants on April 11, 2012. By April 16, 2012 I filed a Memorandum of law in opposition to Defendants motion to dismiss the complaint. Surprisingly without a trial or any oral argument I was informed when I went to the Courthouse that my case had been dismissed. It was then that I asked for a copy of the district judge decision. The District Judge on April 26, 2012 read his decision. He denied my motions both for summary judgment and in opposition not to dismiss the complaint and granted the defendant's motion to dismiss with prejudice.

On October 23rd 2015. I was informed by my case managers at Thurgood Marshal Courthouse that my cases are pending at United States court of Appeal for the Second Circuit.